# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| LISA A. CRINEL, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF PRISONS, *et al.*, ) <br> ) <br> ) <br> Respondents. ) | Case No. 7:20-cv-01099-LSC-GMB |

## MEMORANDUM OPINION

On May 21, 2021, the Magistrate Judge entered a report recommending that the court dismiss without prejudice, or alternatively dismiss as moot the petitioner Lisa A. Crinel's 28 U.S.C. § 2241 petition for writ of habeas corpus. Doc. 8. Although the report advised the petitioner of her right to file specific written objections within 14 days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the Magistrate Judge's findings and **ACCEPTS** the recommendation to dismiss the petitioner's § 2241 petition without prejudice, or alternatively to dismiss the petition as moot.

1

**DONE** and **ORDERED** on June 22, 2021.

```
_____
        L. Scott Coogler
    United States District Judge
```
160704

2